COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

§    No. 08-17-00005-CV

IN RE: RAFAEL QUINONES AND
YVONNE QUINONES,                        §    AN ORIGINAL PROCEEDING

§

Relators.    §    IN MANDAMUS

§

## J U D G M E N T

The court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Annabell Perez, Judge of the 41st District Court of El Paso, Texas, and conditionally grants relief, in accordance with the opinion of this court. The writ will issue only if the trial court fails to comply with this opinion.

All costs herein having been paid, no further order is made with respect thereto.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.